UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORVELL BRODIE,

    Plaintiff,

File No. 1:11-cv-227

v.

HON. ROBERT HOLMES BELL

UNKNOWN BENOIT, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 30, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 28) recommending that Defendants' motions for summary judgment (Dkt. Nos. 13, 25) be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the March 30, 2012, R&R (Dkt. No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment by Defendant Benoit (Dkt. No. 13) and Defendant Cooper (Dkt. No. 25) are **GRANTED**.

Dated: May 14, 2012            /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE